THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KENT P TAYLOR | § | CASE NO.  12-41315-R |
| XXX-XX-1232 | § | |
| 821 WARWICK DRIVE | § | CHAPTER 13 |
| PLANO, TX  75023 | § | |
| | § | |
| ANNETTE CANAMAR-TAYLOR | § | |
| XXX-XX-8660 | § | |
| | § | |
| DEBTORS | § | |

**TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS**
**(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS)**

## Notice Regarding Trustee's Recommendation Concerning Claims:

THIS DOCUMENT SHALL CONSTITUTE AN **OBJECTION TO YOUR CLAIM** UNLESS THE RECOMMENDATION IN THIS DOCUMENT CONCERNING YOUR CLAIM ACCEPTS YOUR PROOF OF CLAIM PRECISELY AS FILED.

NO HEARING WILL BE CONDUCTED ON THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS UNLESS A WRITTEN OBJECTION IS FILED WITH THE CLERK OF THE UNITED STATES BANKRUPTCY COURT AND SERVED UPON THE TRUSTEE WITHIN **TWENTY-EIGHT (28) DAYS** FROM DATE OF SERVICE, UNLESS THE COURT SHORTENS OR EXTENDS THE TIME FOR FILING SUCH RESPONSE OR OBJECTION.

IF NO OBJECTION IS TIMELY SERVED AND FILED TO THIS DOCUMENT, THE TRUSTEE'S RECOMMENDATION CONCERNING YOUR CLAIM SHALL BE SUSTAINED AS UNOPPOSED AND YOUR CLAIM SHALL BE ALLOWED ONLY AS SET FORTH IN THIS DOCUMENT.  IF AN OBJECTION IS FILED AND SERVED IN A TIMELY MANNER, THE COURT WILL THEREAFTER SET A HEARING.  IF YOU FAIL TO APPEAR AT THE HEARING, YOUR OBJECTION MAY BE STRICKEN.  THE COURT RESERVES THE RIGHT TO SET A HEARING ON ANY MATTER.

## Notice of Deadline for Filing Objections to Claim:

YOU ARE FURTHER NOTIFIED that the **deadline for filing an objection** to the allowance of any proof of claim filed in this case, or to avoid or otherwise challenge the validity of any security interest claimed in any proof of claim in this case, is the **twenty-first (21st) day** following the date of service of this document.

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Janna L. Countryman, Trustee in these proceedings, and making this her recommendation concerning claims, would respectfully show the Court as follows:

1. All parties are specifically advised that, among others, LBR 3015 shall apply to this Trustee's Recommendation Concerning Claims.

2. The time for filing claims in this proceeding has expired.  The Trustee has reviewed all of the claims filed in this proceeding. Attached are Schedules I and II containing the Trustee's recommendations as to various matters concerning claims, including the amount of each creditor's claim, as well as the extent and validity of each creditor's security interest, if any.

3. If a party in interest disagrees with any of the Trustee's recommendations, such party may file a response to the Trustee's objections or other recommendations, or may file an objection to any claim disputed. However, responses to the Trustee's recommendations MUST BE FILED within twenty-eight (28) days from the date of service hereof, and objections to claims MUST BE FILED within twenty-one (21) days from service hereof. Each claim for which there is no timely filed response or objection will be treated as listed in the attached Schedules, AND SUCH TREATMENT WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE COURT.

## VALUATION OF COLLATERAL

4. The Court has previously made a final and binding determination of the value of certain property, which may constitute collateral securing certain creditors' claims. These valuations are of the collateral specified and provided for under the Debtor's Plan as of the confirmation, as well as any other collateral valued at the confirmation hearing or other hearing held by the Court. All such valuations have been given effect in the treatment of such creditor's claims as set forth in Schedules I and II.

5. Certain creditors may have timely filed proofs of claim which evidenced a perfected security interest in additional collateral not previously valued by the Court. The Trustee has made a recommendation to the Court in Schedules I and II concerning the value of such collateral and the treatment of each such creditor's claim herein. Such recommendation is deemed to be a motion to determine the value of such creditor's secured claim. UNLESS A RESPONSE IS FILED TO SUCH VALUATION AND TREATMENT OF SUCH CREDITOR'S CLAIM WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF, SUCH VALUATION OF COLLATERAL AND TREATMENT OF THE CREDITOR'S CLAIM WILL BE FINAL AND BINDING ON ALL PARTIES WITHOUT FURTHER ORDER OF THE

## TRUSTEE'S OBJECTIONS TO CLAIMS

6. The Trustee contests the amounts or the validity or extent of the security interest listed in the proofs of claim in the attached Schedule I to the Trustee's Recommendation Concerning Claims. If no response or objection is timely filed, such claim will be treated in the manner and amount listed on the attached Schedules to the Trustee's Recommendation Concerning Claims

7. Parties in interest should carefully examine the attached Schedules to the Trustee's Recommendation Concerning Claims. If any party disagrees with the Trustee's recommendation concerning the amount or status of any claim, such party must file a response within twenty-eight (28) days from the date of service hereof, or the Trustee's recommendation will become final and binding.

8. If the Trustee's recommendation concerning any claim differs from the amount indicated in the creditor's Proof of Claim, the recommendation is deemed to be an objection to such claim. Unless a timely response or objection is filed contesting the Trustee's recommendation, the objection will be sustained and such claim will be allowed only in the amount listed in the attached Schedules to the Trustee's Recommendation Concerning Claims.

9. If the Trustee's recommendation concerning a creditor's claim indicates that such creditor is not a secured creditor, the recommendation is deemed to be an action to determine the validity of such creditor's security interest or to avoid such creditor's security interest. Unless a timely response or objection is filed contesting the Trustee's recommendation, the security interest will be avoided or disallowed in accordance with the attached Schedules to the Trustee's Recommendation Concerning Claims.

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS. PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

10. The amounts in the attached Schedule II to the Trustee's Recommendation Concerning Claims were taken directly from the proofs of claims. The Trustee does not contest these claims. If the Debtors or any creditors contest any of these claims, an objection to each claim must be filed within twenty-one (21) days from the date of service hereof.

NOTICE OF BAR DATE FOR OBJECTIONS TO CLAIMS

CREDITORS SHOULD TAKE NOTICE THAT THE TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS MAY INCLUDE AN OBJECTION TO THE AMOUNT OF A CREDITOR'S PROOF OF CLAIM OR TO A CREDITOR'S SECURED STATUS.  PARTIES MUST RESPOND WITHIN TWENTY-EIGHT (28) DAYS FROM THE DATE OF SERVICE HEREOF OR THE ATTACHED TREATMENT OF SUCH CLAIM WILL BE FINAL.

11. Responses to the Trustee's recommendation must be filed within twenty-eight (28) days from the date of service hereof, and additional objections to claims must be filed within twenty-one (21) days from the date of service hereof, with the United States Bankruptcy Clerk, 660 North Central Expressway, Plano, TX  75074, and served on the appropriate parties in accordance with the Bankruptcy Rules.

        Respectfully submitted,

        /s/ Shelly Terrill
        Janna L. Countryman, TBN 04888050
        Shelly Terrill, TBN 00794788
        Office of the Standing Chapter 13 Trustee
        500 North Central Expressway, Suite 350
        Plano, Texas  75074
        (972) 943-2580 / Fax (972) 943-8050

CASE NO: 12-41315-R

## SECTION I

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
|  |  | MONTHLY PAYMENT | DESCRIPTION |
|  |  |  | TREATMENT |
| ALLY<br>PO BOX 380911<br>MINNEAPOLIS, MN 55438 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ALLY FINANCIAL<br>F/K/A GMAC<br>P. O. BOX 130424<br>ROSEVILLE, MN 55113-0004 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| ALLY FINANCIAL<br>P. O. BOX 78367<br>PHOENIX, AZ 85062 | 25,184.52 | 5.00<br><br>0.00 | SECURED<br>COURT CLAIM REGISTRY # 7<br>2011 CHEVROLET TRAVERSE<br>TO BE PAID IN FULL |
| AZUREA I LLC<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE., SUITE 400<br>SEATTLE, WA 98121-3132 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BANK OF AMERICA<br>PO BOX 2278<br>NORFOLK, VA 23501 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BANK OF AMERICA<br>1000 SAMOSET DR<br>WILMINGTON, DE 19884-2221 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| BASS & ASSOCIATES, PC<br>3936 EAST FORT LOWELL ROAD., SUITE 200<br>TUCSON, AZ 85712-1083 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>CAPITAL ONE - BEST BUY CO |

PLA_TrusteesRecommendationClaims

| | | | |
|---|---|---|---|
| BLALACK & WILLIAMS, P.C.<br>5550 LBJ FREEWAY, SUITE 400<br>DALLAS, TX 75240-2349 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT 84130-0285 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CAPITAL ONE, N.A.<br>C/O BECKET AND LEE<br>P. O. BOX 3001<br>MALVERN, PA 19355-0701 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CARE CREDIT<br>PO BOX 103106<br>ROSWELL, GA 30076 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CHASE<br>PO BOX 15298<br>WILMINGTON, DE 19850-5298 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CHEVRON CREDIT BANK<br>PO BOX 103106<br>ROSWELL, GA 30076 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CITIMORTGAGE<br>PO BOX 9481<br>GAITHERSBURG, MD 20898 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CITIMORTGAGE<br>PO BOX 6941<br>THE LAKES, NV 88901 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |
| CITIMORTGAGE INC<br>PO BOX 6243<br>SIOUX FALLS, SD 57117 | 0.00<br><br>0.00 | 0.00 | NOTICE ONLY |

PLA_TrusteesRecommendationClaims

| Creditor | Amount | Amount | Description |
|---|---:|---:|---|
| CITIMORTGAGE, INC<br>P. O. BOX 688971<br>DES MOINES, IA 50368-8971 | 88,962.11 | 0.00 | MORTGAGE ON-GOING PAYMENTS |
| | | 0.00 | COURT CLAIM REGISTRY # 13<br>HOMESTEAD<br>TO BE PAID DIRECT BY DEBTOR |
| CITIMORTGAGE, INC<br>P. O. BOX 688971<br>DES MOINES, IA 50368-8971 | 71.92 | 5.63 | MORTGAGE ARREARAGE |
| | | 0.00 | COURT CLAIM REGISTRY # 13<br>HOMESTEAD ARREARS<br>LATE FILED CLAIM NOT ALLOWED; TRUSTEE OBJECTS |
| CITIMORTGAGE, INC.<br>P. O. BOX 6030<br>SIOUX FALLS, SD 57117-6030 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| DISCOUNT TIRES<br>PO BOX 103106<br>ROSWELL, GA 30076 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| EQUIFAX<br>ATTN: DISPUTE DEPT.<br>PO BOX 740056<br>ATLANTA, GA 30374 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| EXPERIAN<br>PROFILE MAINTENANCE<br>PO BOX 9558<br>ALLEN, TX 75013 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| FIA CARD SERVICES N.A.<br>P. O. BOX 15102<br>WILMINGTON, DE 19886-5102 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |
| GAP<br>PO BOX 103106<br>ROSWELL, GA 30076 | 0.00 | 0.00 | UNSECURED CLAIM NOT FILED |
| | | 0.00 | CREDIT CARD<br>CLAIM NOT TO BE PAID |
| GE MONEY BANK<br>PO BOX 981084<br>EL PASO, TX 79998-1084 | 0.00 | 0.00 | NOTICE ONLY |
| | | 0.00 | |

| Creditor | Amount | Amount | Type / Notes |
|---|---:|---:|---|
| HSBC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM, IL 60197 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| KOHLS<br>PO BOX 3004<br>MILWAUKEE, WI 53201-3004 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| LAW OFFICE OF GREG WILEY, PLLC<br>5068 WEST PLANO PARKWAY<br>SUITE 300<br>PLANO, TX 75093 | 2,880.00 | 0.00<br><br>0.00 | ATTORNEY FEE<br><br>$120.00 FEES PAID DIRECT<br>TO BE PAID AS ADMINISTRATIVE |
| LOWES<br>PO BOX 981064<br>EL PASO, TX 79998 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| OLD NAVY<br>PO BOX 981064<br>EL PASO, TX 79998-1064 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 41067<br>NORFOLK, VA 23541-1067 | 0.00 | 0.00<br><br>0.00 | NOTICE ONLY |
| RECOVERY MANAGEMENT SYSTEMS CORPORATION<br>25 S.E. SECOND AVENUE<br>SUITE 1120<br>MIAMI, FL 33131-1605 | 0.00 | 0.00<br><br>0.00 | NOTICE OF APPEARANCE<br><br>GE CAPITAL RETAIL BANK - LOWES |
| TEXANS CREDIT UNION<br>C/O LEGAL ACCOUNTS DEPARTMENT<br>PO BOX 853912<br>RICHARDSON, TX 75085-3912 | 2,516.40 | 5.00<br><br>100.00 | SECURED<br><br>COURT CLAIM REGISTRY # 2<br>2006 HARLEY DAVIDSON<br>TO BE PAID IN FULL |

PLA_TrusteesRecommendationClaims

| | | | |
|---|---|---|---|
| TRANS UNION CORPORATION<br>ATTN: PUBLIC RECORDS DEPT.<br>555 WEST ADAMS STREET<br>CHICAGO, IL 60661 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC 20530-0001 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |
| US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE.  SUITE 300<br>TYLER, TX 75702-7231 | 0.00 | 0.00<br>0.00 | NOTICE ONLY |

CASE NO: 12-41315-R

## SECTION II

| CREDITOR | AMOUNT | INTEREST RATE | CLAIM TYPE |
|---|---|---|---|
| | | MONTHLY PAYMENT | DESCRIPTION |
| | | | TREATMENT |
| AZUREA I, LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>P. O. BOX 3978<br>SEATTLE, WA 98124 | 7,423.19 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 6<br>CREDIT CARD - FIA - BANK OF AMERICA<br>TO BE PAID AS UNSECURED |
| BECKET & LEE, LLP<br>ALANE A. BECKET<br>P. O. BOX 3001<br>MALVERN, PA 19355-0701 | 891.39 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 11<br>CREDIT CARD - KOHLS<br>TO BE PAID AS UNSECURED |
| CAPITAL ONE, NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ 85712 | 3,230.53 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 10<br>GOODS SOLD - BEST BUY<br>TO BE PAID AS UNSECURED |
| ECAST SETTLEMENT CORPORATION<br>P. O. BOX 29262<br>NEW YORK, NY 10087-9262 | 2,482.47 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 5<br>MONEY LOANED - GECRB - CARE CREDIT DENTAL<br>TO BE PAID AS UNSECURED |
| GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL 33131-1605 | 853.38 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 1<br>CREDIT CARD - LOWES<br>TO BE PAID AS UNSECURED |
| GE CAPITAL RETAIL BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P. O. BOX 960061<br>ORLANDO, FL 32896-0661 | 242.35 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 4<br>CREDIT CARD - DISCOUNT TIRE<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 9,038.21 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 3<br>CREDIT CARD - FIA - BANK OF AMERICA<br>TO BE PAID AS UNSECURED |

| | | | |
|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 6,962.59 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 12<br>CREDIT CARD - CHASE BANK<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 2,840.33 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 9<br>CREDIT CARD - GECRB - CHEVRON AND TEXACO<br>TO BE PAID AS UNSECURED |
| PORTFOLIO RECOVERY ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA 23541-2914 | 1,011.53 | 0.00 | UNSECURED |
| | | 0.00 | COURT CLAIM REGISTRY # 8<br>CREDIT CARD - GECRB - OLD NAVY<br>TO BE PAID AS UNSECURED |

THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| KENT P TAYLOR | § | CASE NO. 12-41315-R |
| XXX-XX-1232 | § | |
| 821 WARWICK DRIVE | § | CHAPTER 13 |
| PLANO, TX  75023 | § | |
| | § | |
| ANNETTE CANAMAR-TAYLOR | § | |
| XXX-XX-8660 | § | |
| | § | |
| DEBTORS | § | |

CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing TRUSTEE'S RECOMMENDATION CONCERNING CLAIMS(WITH NOTICE OF BAR DATE FOR ADDITIONAL OBJECTIONS TO CLAIMS) has been served upon the following parties in interest on or before the date set forth below by electronic mail and/or by mailing a copy of same to them via first class mail. If no address is listed, no notice was sent to that party.

KENT P TAYLOR
ANNETTE CANAMAR-TAYLOR
821 WARWICK DRIVE
PLANO, TX  75023

LAW OFFICE OF GREG WILEY, PLLC
5068 WEST PLANO PARKWAY
SUITE 300
PLANO, TX  75093

and to the parties on the attached mailing matrix.

Dated:  May 29, 2013                          /s/ Janna L. Countryman
                                              Office of the Standing Chapter 13 Trustee

PLA_TrusteesRecommendationClaims

| | | |
|---|---|---|
| ALLY<br>PO BOX 380911<br>MINNEAPOLIS, MN  55438 | ALLY FINANCIAL<br>F/K/A GMAC<br>P. O. BOX 130424<br>ROSEVILLE, MN  55113-0004 | ALLY FINANCIAL<br>P. O. BOX 78367<br>PHOENIX, AZ  85062 |
| AZUREA I LLC<br>C/O WEINSTEIN AND RILEY PS<br>2001 WESTERN AVENUE., SUITE 400<br>SEATTLE, WA  98121-3132 | AZUREA I, LLC<br>C/O WEINSTEIN & RILEY, P.S.<br>P. O. BOX 3978<br>SEATTLE, WA  98124 | BANK OF AMERICA<br>PO BOX 2278<br>NORFOLK, VA  23501 |
| BANK OF AMERICA<br>1000 SAMOSET DR<br>WILMINGTON, DE  19884-2221 | BASS & ASSOCIATES, PC<br>3936 EAST FORT LOWELL ROAD.,<br>SUITE 200<br>TUCSON, AZ  85712-1083 | BECKET & LEE, LLP<br>ALANE A. BECKET<br>P. O. BOX 3001<br>MALVERN, PA  19355-0701 |
| BLALACK & WILLIAMS, P.C.<br>5550 LBJ FREEWAY, SUITE 400<br>DALLAS, TX  75240-2349 | CAPITAL ONE<br>PO BOX 30285<br>SALT LAKE CITY, UT  84130-0285 | CAPITAL ONE, N.A.<br>C/O BECKET AND LEE<br>P. O. BOX 3001<br>MALVERN, PA  19355-0701 |
| CAPITAL ONE, NA<br>C/O BASS & ASSOCIATES, PC<br>3936 E. FT. LOWELL RD, SUITE 200<br>TUCSON, AZ  85712 | CARE CREDIT<br>PO BOX 103106<br>ROSWELL, GA  30076 | CHASE<br>PO BOX 15298<br>WILMINGTON, DE  19850-5298 |
| CHEVRON CREDIT BANK<br>PO BOX 103106<br>ROSWELL, GA  30076 | CITIMORTGAGE<br>PO BOX 9481<br>GAITHERSBURG, MD  20898 | CITIMORTGAGE<br>PO BOX 6941<br>THE LAKES, NV  88901 |
| CITIMORTGAGE INC<br>PO BOX 6243<br>SIOUX FALLS, SD  57117 | CITIMORTGAGE, INC<br>P. O. BOX 688971<br>DES MOINES, IA  50368-8971 | CITIMORTGAGE, INC.<br>P. O. BOX 6030<br>SIOUX FALLS, SD  57117-6030 |
| DISCOUNT TIRES<br>PO BOX 103106<br>ROSWELL, GA  30076 | ECAST SETTLEMENT<br>CORPORATION<br>P. O. BOX 29262<br>NEW YORK, NY  10087-9262 | EQUIFAX<br>ATTN: DISPUTE DEPT.<br>PO BOX 740056<br>ATLANTA, GA  30374 |
| EXPERIAN<br>PROFILE MAINTENANCE<br>PO BOX 9558<br>ALLEN, TX  75013 | FIA CARD SERVICES N.A.<br>P. O. BOX 15102<br>WILMINGTON, DE  19886-5102 | GAP<br>PO BOX 103106<br>ROSWELL, GA  30076 |

| | | |
|---|---|---|
| GE CAPITAL RETAIL BANK<br>ATTN: BANKRUPTCY DEPARTMENT<br>P. O. BOX 960061<br>ORLANDO, FL  32896-0661 | GE CAPITAL RETAIL BANK<br>C/O RECOVERY MANAGEMENT<br>SYSTEMS CORP<br>25 SE 2ND AVE SUITE 1120<br>MIAMI, FL  33131-1605 | GE MONEY BANK<br>PO BOX 981084<br>EL PASO, TX  79998-1084 |
| HSBC<br>ATTN: BANKRUPTCY DEPARTMENT<br>PO BOX 5213<br>CAROL STREAM, IL  60197 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>OPERATIONS<br>P. O. BOX 7346<br>PHILADELPHIA, PA  19101-7346 | KOHLS<br>PO BOX 3004<br>MILWAUKEE, WI  53201-3004 |
| LOWES<br>PO BOX 981064<br>EL PASO, TX  79998 | OLD NAVY<br>PO BOX 981064<br>EL PASO, TX  79998-1064 | PORTFOLIO RECOVERY<br>ASSOCIATES<br>P. O. BOX 41067<br>NORFOLK, VA  23541-1067 |
| PORTFOLIO RECOVERY<br>ASSOCIATES<br>P. O. BOX 12914<br>NORFOLK, VA  23541-2914 | RECOVERY MANAGEMENT<br>SYSTEMS CORPORATION<br>25 S.E. SECOND AVENUE<br>SUITE 1120<br>MIAMI, FL  33131-1605 | TEXANS CREDIT UNION<br>C/O LEGAL ACCOUNTS<br>DEPARTMENT<br>PO BOX 853912<br>RICHARDSON, TX  75085-3912 |
| TRANS UNION CORPORATION<br>ATTN: PUBLIC RECORDS DEPT.<br>555 WEST ADAMS STREET<br>CHICAGO, IL  60661 | U.S. ATTORNEY GENERAL<br>DEPARTMENT OF JUSTICE<br>MAIN JUSTICE BUILDING<br>10TH & CONSTITUTION AVE., NW<br>WASHINGTON, DC  20530-0001 | US TRUSTEE<br>OFFICE OF THE U.S. TRUSTEE<br>110 N. COLLEGE AVE.  SUITE 300<br>TYLER, TX  75702-7231 |